# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BERRIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYAN M. PERKINS, an individual,<br><br>　　　　Defendant. | 1: 09 - CV - 1761 AWI SMS<br><br>ORDER GRANING MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER<br><br>TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE<br><br>[Document #3] |

　　　On October 6, 2009, Plaintiff Bernard Berrian ("Plaintiff") filed an ex parte application for a Temporary Restraining Order. After reviewing the complaint, the moving papers, and the Declarations of Christopher F. Rehnke and John G. Michael, the court finds as follows:

1. Plaintiff has shown GOOD CAUSE for the court to grant this motion ex parte, without notice to the opposing party in accordance with Federal Rule of Civil Procedure 65(a) and Local Rule 65-231.

2. Plaintiff would likely suffer irreparable injury if he was required to wait through a regularly noticed motion as the domain names may be sold to third parties, and Defendant is not likely to suffer any injury by grant of this Temporary Restraining Order.

3. Plaintiff has shown a likelihood of success on the merits, and an injunction is proper under Rule 65 and Local Rule 65-231.

      4.      Defendant has the right to apply to the court for modification or dissolution of the restraining order on two (2) court days' notice by personal service or electronic service through the court's CM/ECF electronic filing system.

Accordingly, pending a hearing on Plaintiff's motion for a preliminary injunction and upon Plaintiff's filing of an undertaking in the amount of $ 2,000.00, the court ORDERS that:

      1.      Defendant, its agents and employees, shall be restrained and enjoined from Advertising for sale, selling, transferring or using the domain names www.bernardberrian.com and www.bberrian.com.

      2.      Defendant SHALL appear in Courtroom 2 of this Court on Friday, October 16, 2009, at 1:30 p.m., and show cause, if any, why Plaintiff should not be entitled to a preliminary injunction providing the same relief granted by this Temporary Restraining Order throughout the pendency of this action.

      3.      Defendant SHALL file any responsive moving papers by 4:00 p.m. on Tuesday, October 13, 2009. Failure of Defendant to appear and show cause as ordered herein, shall be deemed an admission that no such cause exists as to non-appearing Defendant and consent to issuance of the preliminary injunction.

      4.      This Temporary Restraining Order is issued as of 1:30 p.m. on October 7, 2009.

IT IS SO ORDERED.

**Dated:   October 7, 2009**                    **/s/ Anthony W. Ishii**
                                                                     CHIEF UNITED STATES DISTRICT JUDGE