John G. Michael #186671
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for    Plaintiff BERNARD BERRIAN

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BERNARD BERRIAN, ) | Case No.  1:09-CV-1761 AWI-SMS |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT STIPULATION FOR** |
| v. ) | **PERMANENT INJUNCTION AND** |
| ) | **ORDER THEREON** |
| RYAN M. PERKINS, an individual, ) | |
| ) | |
| Defendant. ) | JUDGE:          Hon. Anthony W. Ishii |
| ) | ACTION FILED:  October 6, 2009 |
| ) | TRIAL DATE:    None Set |

WHEREAS, on October 6, 2009, Plaintiff BERNARD BERRIAN ("Plaintiff"),

filed his Complaint for cyberpiracy and bad faith cyberpiracy against Defendant RYAN M.

PERKINS ("Defendant") (Doc. Nos. 1 and 2);

WHEREAS, also on October 6, 2009, and concurrently with his Complaint,

Plaintiff filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause

("Motion") to restrain Defendant from advertising for sale, selling, transferring or using the domain

names  www.bernardberrian.com and www.bberrian.com (Doc. No. 3);

WHEREAS, on October 7, 2009, the Court granted Plaintiff's Motion and issued a

Temporary Restraining Order and Order to Show Cause, with the Show Cause Hearing set for

October 16, 2009 at 1:30 p.m., in Courtroom 2 of the above-entitled court (Doc. No. 7);

WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have entered into

negotiations concerning settlement of this action;

1        WHEREAS, the Parties desire to stipulate to the issuance of a permanent injunction

2    regarding the domain names; and

3        WHEREAS, the Parties have had the opportunity to consult with counsel regarding

4    the form and contents of this Joint Stipulation for Permanent Injunction and have consulted with

5    counsel or voluntarily declined to do so.

6        Accordingly, pursuant to the Local Rules of the United States District Court for the

7    Eastern District of California, Rule 83-143, the Parties, either personally or by and through their

8    attorneys of record, STIPULATE AND AGREE as follows:

9        1.    Defendant and his successors, assigns, agents and employees and any person

10    or entity through which Defendant may act shall be enjoined and restrained from advertising for

11    sale, selling, transferring or using the domain names www.bernardberrian.com and

12    www.bberrian.com, and any other domain names that contain the name "Berrian" or any

13    derivatives thereof, or which contain any of Plaintiff's trademarks (the "Domain Names").

14        2.    Defendant and his successors, assigns, agents and employees and any person

15    or entity through which Defendant may act shall further be enjoined and restrained from owning,

16    contributing, posting, or participating in any manner in a web site which utilizes the Domain

17    Names.

18        3.    Subject to Court approval, the Court will retain jurisdiction to enforce its

19    order on this stipulation.

20        4.    Subject to Court approval, the Show Cause Hearing  set for October 16,

21    2009 at 1:30 p.m. will be taken off-calendar.

22        DATED: October 15, 2009

23                BAKER MANOCK & JENSEN, PC

24

25                By:    /s/ Sherrie M. Flynn
                        John G. Michael

26                     Sherrie M. Flynn
                     Attorneys for Plaintiff BERNARD BERRIAN

27    ///

28    ///

**JOINT STIPULATION FOR PERMANENT INJUNCTION AND  ORDER THEREON**

DATED: October 15, 2009

By:     /s/   Ryan M. Perkins
Defendant, RYAN M. PERKINS

**PURSUANT TO THIS STIPULATION, IT IS ORDERED THAT:**

1.      Defendant and his successors, assigns, agents and employees and any person or entity through which Defendant may act shall be enjoined and restrained from advertising for sale, selling, transferring or using the domain names www.bernardberrian.com and www.bberrian.com, and any other domain names that contain the name "Berrian" or any derivatives thereof, or which contain any of Plaintiff's trademarks (the "Domain Names").

2.      Defendant and his successors, assigns, agents and employees and any person or entity through which Defendant may act shall further be enjoined and restrained from owning, contributing, posting, or participating in any manner in a web site which utilizes the Domain Names.

3.      The Court retains jurisdiction to enforce this Order.

4.      The Show Cause Hearing  set for October 16, 2009 at 1:30 p.m. is vacated.


IT IS SO ORDERED.

**Dated:     October 16, 2009**                          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

3

**JOINT STIPULATION FOR PERMANENT INJUNCTION AND  ORDER THEREON**