Jake G. Michael #196107
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Plaintiff BERNARD BERRIAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BERNARD BERRIAN,<br><br>    Plaintiff,<br><br> v.<br><br>RYAN M. PERKINS, an individual,<br><br>    Defendant. | Case No. 1:09-CV-1761 AWI-SMS<br><br>**JOINT STIPULATION FOR PERMANENT INJUNCTION AND ORDER THEREON**<br><br>JUDGE:  Hon. Anthony W. Ishii<br>ACTION FILED: October 6, 2009<br>TRIAL DATE: None Set |

  WHEREAS, on October 6, 2009, Plaintiff BERNARD BERRIAN ("Plaintiff"), filed his Complaint for cyberpiracy and bad faith cyberpiracy against Defendant RYAN M. PERKINS ("Defendant") (Doc. Nos. 1 and 2);

  WHEREAS, also on October 6, 2009, and concurrently with his Complaint, Plaintiff filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause ("Motion") to restrain Defendant from advertising for sale, selling, transferring or using the domain names www.bernardberrian.com and www.bberrian.com (Doc. No. 3);

  WHEREAS, on October 7, 2009, the Court granted Plaintiff's Motion and issued a Temporary Restraining Order and Order to Show Cause, with the Show Cause Hearing set for October 16, 2009 at 1:30 p.m., in Courtroom 2 of the above-entitled court (Doc. No. 7);

  WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have entered into negotiations concerning settlement of this action;

**JOINT STIPULATION FOR PERMANENT INJUNCTION AND ORDER THEREON**

1      WHEREAS, the Parties desire to stipulate to the issuance of a permanent injunction
2 regarding the domain names; and
3      WHEREAS, the Parties have had the opportunity to consult with counsel regarding
4 the form and contents of this Joint Stipulation for Permanent Injunction and have consulted with
5 counsel or voluntarily declined to do so.
6      Accordingly, pursuant to the Local Rules of the United States District Court for the
7 Eastern District of California, Rule 83-143, the Parties, either personally or by and through their
8 attorneys of record, STIPULATE AND AGREE as follows:
9      1.    Defendant and his successors, assigns, agents and employees and any person
10 or entity through which Defendant may act shall be enjoined and restrained from advertising for
11 sale, selling, transferring or using the domain names www.bernardberrian.com and
12 www.bberrian.com, and any other domain names that contain the name "Berrian" or any
13 derivatives thereof, or which contain any of Plaintiff's trademarks (the "Domain Names").
14      2.    Defendant and his successors, assigns, agents and employees and any person
15 or entity through which Defendant may act shall further be enjoined and restrained from owning,
16 contributing, posting, or participating in any manner in a web site which utilizes the Domain
17 Names.
18      3.    Subject to Court approval, the Court will retain jurisdiction to enforce its
19 order on this stipulation.
20      4.    Subject to Court approval, the Show Cause Hearing set for October 16,
21 2009 at 1:30 p.m. will be taken off-calendar.
22      DATED: October 15, 2009
23                              BAKER MANOCK & JENSEN, PC
24
25                              By:   /s/ Sherrie M. Flynn
                                  John G. Michael
26                                Sherrie M. Flynn
                                  Attorneys for Plaintiff BERNARD BERRIAN
27 ///
28 ///

DATED: October 15, 2009

By:     /s/   Ryan M. Perkins
Defendant, RYAN M. PERKINS

**PURSUANT TO THIS STIPULATION, IT IS ORDERED THAT:**

1. Defendant and his successors, assigns, agents and employees and any person or entity through which Defendant may act shall be enjoined and restrained from advertising for sale, selling, transferring or using the domain names www.bernardberrian.com and www.bberrian.com, and any other domain names that contain the name "Berrian" or any derivatives thereof, or which contain any of Plaintiff's trademarks (the "Domain Names").

2. Defendant and his successors, assigns, agents and employees and any person or entity through which Defendant may act shall further be enjoined and restrained from owning, contributing, posting, or participating in any manner in a web site which utilizes the Domain Names.

3. The Court retains jurisdiction to enforce this Order.

4. The Show Cause Hearing set for October 16, 2009 at 1:30 p.m. is vacated.

IT IS SO ORDERED.

**Dated:   October 16, 2009**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION FOR PERMANENT INJUNCTION AND ORDER THEREON**