FILED

AUG 3 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BERRIAN,<br><br>    Plaintiff<br><br>v.<br><br>RYAN M. PERKINS,<br><br>    Defendant | CASE NO. 1:09-CV-1761 AWI SMS<br><br>ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY |

On October 7, 2009, the Court granted Plaintiff's motion for a temporary restraining order. See Doc. No. 7. As part of that order, the Court set a security in the amount of $2,000.00, per Rule 65(c). See id. On October 9, 2009, Plaintiff deposited the security into the Court's registry. See Doc. No. 8. On October 16, 2009, the Court filed a stipulation for a permanent injunction. See Doc. No. 11. On December 9, 2009, Plaintiff filed a Rule 41(a)(1) notice of voluntary dismissal, and the case was closed on December 11, 2009. See Doc. Nos. 12, 13. It has come to the attention of the Court that, despite the stipulated injunction and voluntary dismissal, the $2,000 security was not disbursed and remains in the Court's registry.

The purpose of the $2,000 is to protect a litigant who is wrongfully enjoined. See Fed. R. Civ. P. 65(c). Given the stipulated injunction and dismissal, Defendant was not wrongfully enjoined. Therefore, it is appropriate for the Court to order the disbursement of the $2,000.00, plus any accrued interest, to Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall disburse Plaintiff's $2,000.00 security, plus all accrued interest, to Plaintiff;

2. The Clerk shall send the funds to the Attention of Attorney John G. Michael at The Law Offices of Baker, Manock, & Jensen, 5260 N. Palm Ave., Suite 421, Fresno, CA 93704; and

3. Given the passage of time and the nature of the resolution of this matter, the Clerk need not wait the customary period of time, but instead shall disburse the funds as soon as possible.

IT IS SO ORDERED.

_____          8-31-15
Anthony W. Ishii, Senior District Judge          Date